**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6362**

_____

UNULA BOO SHAWN ABEBE,

             Plaintiff - Appellant,

       v.

MATTHEW J. PERRY, JR.,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Margaret B. Seymour, District Judge.   (0:09-cv-03131-MBS)

_____

Submitted:  June 1, 2010                 Decided:  June 9, 2010

_____

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Unula Boo Shawn Abebe, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Unula Boo Shawn Abebe appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Abebe v. Perry, No. 0:09-cv-03131-MBS (D.S.C. Mar. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED